PEOPLE v MARTIN. (Docket No. 55,158.) Motion for the production of a free copy of the transcript of the January 31, 1974 indigency hearing, treated by the Court as a motion for the preparation and production of a copy of the aforementioned transcript is considered, and the same is granted November 21, 1974. The Court reserves the question of who shall ultimately pay the costs for such preparation and copy. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Donald A. Burge,* Prosecuting Attorney, and *Stephen M. Wheeler,* Chief of Appellate Division, for the people. *State Appellate Defender,* for defendant-appellant. Reported below: 48 Mich App 437.

STACEY v GENESEE CIRCUIT JUDGES. (Docket No. 56,202.) Complaint for superintending control considered November 21, 1974, and it is ordered that, pursuant to GCR 1963, 927(2), Local Court Rule 4.0 of the Genesee County Circuit Court be, and the same is, set aside for the reason that said court rule constitutes an invasion of the executive function under the division of power. Plaintiff's motion to waive filing fees in this Court is granted. Plaintiff's motion for a stay pending further order of this Court, her motion to renew that motion, and defendants' motion for an extension of time and oral arguments, become thereby moot and the same are denied. *Legal Services of Eastern Michigan,* for plaintiff. *Robert M. Ransom,* for defendants.

WAHL v BROTHERS (LEONARD v BROTHERS). (Docket Nos. 56,094, 56,095.) Leave to appeal prior to decision by the Court of Appeals considered November 21, 1974, on application of plaintiffs-appellants, and it appearing to this Court that the cases of *Beverly Lambert v Esker Calhoun* (Docket No. 55,165) and *Raymond Yelder v Glen Stevens* (Docket No. 55,388) are presently pending on appeal before this Court and that the decision in those cases may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application for leave to appeal prior to decision by the Court of Appeals be held in abeyance pending decision in *Lambert v Calhoun* and *Yelder v Stevens. Weinstein, Kroll & Gordon, P. C.,* and *A. D. Rosati,* for plaintiffs-appellants. *Ulanoff, Ross & Summer, P. C.,* for defendant-appellee. Court of Appeals Nos. 20,185, 20,186.